United States District Court
Southern District of Texas
**ENTERED**
November 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |  |
|---|---|---|
| ROCIO GUTIERREZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-00135 |
| | § | |
| CITY OF PORT ISABEL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Plaintiffs' "Stipulation of Dismissal of Claims Against Port Isabel Police Department" (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against Port Isabel Police Department are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **ORDERED** to terminate Port Isabel Police Department as a defendant in this case.

Signed on November 18, 2021.

_____
Rolando Olvera
United States District Judge