United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| ROCIO GUTIERREZ, et al., <br> "Plaintiffs," <br><br> v. <br><br> CITY OF PORT ISABEL, <br> "Defendant." | § <br> § <br> § <br> §     Civil Action No. 1:21-cv-00135 <br> § <br> § <br> § |

## FINAL JUDGMENT

Plaintiffs sued Defendant. This Court held a jury trial June 3, 2025. The jury returned a verdict for Defendant (Dkt. No. 140). Thus, under Federal Rule of Civil Procedure 58, the Court rules as follows:

Final judgment is entered in favor of Defendants. All claims and causes of actions against Defendant are **DISMISSED** with prejudice. The parties will bear their own attorney's fees, expenses, and costs of the Court. All relief not expressly granted is **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this _25th_ day of _June_, 2025.

_____
Honorable Rolando Olvera
United States District Judge